CLERK'S OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED

JUN - 8 2017

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK


# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ABINGDON DIVISION

| | |
|---|---|
| TONY WADE FULLEN, | ) |
| Plaintiff, | ) Case No. 1:16CV00003 |
| v. | ) JUDGMENT |
| NANCY A. BERRYHILL, ACTING COMMISSIONER OF SOCIAL SECURITY, | ) By: James P. Jones<br>) United States District Judge |
| Defendant. | ) |

It appearing that no objections have been timely filed to the Report filed May 17, 2017, setting forth the findings and recommendations of the magistrate judge, it is **ADJUDGED AND ORDERED** as follows:

1. The Report and its findings and recommendations are wholly ACCEPTED and APPROVED;

2. The motions for summary judgment by the parties are DENIED;

3. The final decision of the Commissioner of Social Security is VACATED and this action is REMANDED to the Commissioner pursuant to the fourth sentence of 42 U.S.C. § 405(g) for further development in accord with the Report; and

4. The clerk will close this case.

ENTER: June 8, 2017

/s/ James P. Jones
United States District Judge